[No. 22230–9–I.   Division One.   March 19, 1990.]

WILLIAM CHATMAN, *as Guardian, Appellant,* v. SEATTLE SCHOOL DISTRICT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–16429–6, Norman W. Quinn, J., entered

May 6, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Swanson and Scholfield, JJ.